```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/8/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILL WISSER,

                         Plaintiff,

    – against –

ZAGAT, INC.,

                         Defendants.

**DEFAULT JUDGMENT**

17 Civ. 4213 (ER)

<u>Ramos, D.J.:</u>

    Bill Wisser ("Plaintiff") brought this action against Zagat, Inc. ("Defendant") on June 5, 2017, asserting a claim of copyright infringement. Doc. 1. On July 14, 2017, Defendant was served with the Summons, Civil Cover Sheet and Complaint. Doc. 6. On August 24, 2017, the Clerk of the Court issued a Certificate of Default. Doc. 8. The Court ordered the Defendant to show cause at a hearing set for December 8, 2017 as to why an order for default judgment should not be entered. Doc. 9. Defendant failed to appear or respond.

    Accordingly, Plaintiff's request for default judgment is GRANTED. The Court finds that Defendant violated Section 501 et al of the Copyright Act, and orders Defendant to pay $10,000 in civil penalties for copyright infringement.

    Plaintiff is directed to serve this Order on the Defendant in accordance with Federal Rule of Civil Procedure 5.

    It is SO ORDERED.

Dated:    December 8, 2017
             New York, New York

                                                                   Edgardo Ramos, U.S.D.J.